Final compensation of receiver and his counsel fixed, and payment authorized as expenses of the receivership.

The above orders were announced by Mr. Justice Van Devanter.

No. 12, Original. STATE OF NEW MEXICO *v.* STATE OF COLORADO. In Equity. Motion for modification of decree submitted March 2, 1925. March 9, 1925, petition for modification of opinion in this cause denied. *Messrs. F. W. Clancy, O. A. Larrazolo* and *Jay Turley* for complainant. *Messrs. Wm. L. Boatright, Victor E. Keyes, Delph E. Carpenter, Oliver Dean* and *Chas. Roach,* for defendant.

No. —, Original. EX PARTE IN THE MATTER OF NICHOLAS J. CURTIS. March 9, 1925, motion for leave to file petition for mandate herein denied. *Nicholas J. Curtis,* pro se.

No. 705. AXEL W. HALLENBORG *v.* GREEN CONSOLIDATED COPPER COMPANY ET AL. Error to the Supreme Court of the State of New York. Motion to dismiss submitted March 2, 1925. Decided March 9, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. Samuel Brennan,* with whom *Mr. Joseph B. Cotton* and *Mr. Roy F. Wrigley* were on the brief, for defendants in error in support of the motion to dismiss. *Mr. Edward L. Blackman* for plaintiff in error in opposition to the motion.

No. 309. FRANK DURAND ET AL, *v.* FIRST STATE BANK OF PHILIPSBURG. Error to the Supreme Court of the